FILED: October 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2221
(10-CA-154373)

_____

NATIONAL LABOR RELATIONS BOARD

       Petitioner

v.

PALMETTO PRINCE GEORGE OPERATING, LLC, d/b/a Prince George Healthcare Center

       Respondent

_____

O R D E R

_____

The court adopts the briefing order previously filed in 15-2143 on September 28, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk