FILED: October 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2143 (L)
(10-CA-154373)

_____

PALMETTO PRINCE GEORGE OPERATING, LLC, d/b/a Prince George Healthcare Center

   Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

   Respondent

_____

No. 15-2221
(10-CA-154373)

_____

NATIONAL LABOR RELATIONS BOARD

   Petitioner

v.

PALMETTO PRINCE GEORGE OPERATING, LLC, d/b/a Prince George Healthcare Center

   Respondent

_____

O R D E R

_____

The court consolidates Case No. 15-2143 and Case No. 15-2221 as cross appeals. The appellant in Case No. 15-2143 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk